UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY JOHNSON,

   Plaintiff,         Case No.  1:12-CV-1368

v.                Hon. Gordon J. Quist

CORIZON CORRECTIONAL
HEALTHCARE, et al.,

   Defendants.
_____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Ellen Carmody's Report and Recommendation issued on June 14, 2013.  The Report and Recommendation was duly served on Plaintiff by mail on June 17, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 14, 2013 (docket no. 50), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Stieve, Pandya, Laughhunn, Plath, Wiles, Bowerman-Torres, and Hearld's Motion for Summary Judgment (docket no. 21) is **GRANTED**, and Plaintiff's claims against these Defendants are **DISMISSED WITH PREJUDICE**.

Dated:  July 12, 2013           /s/ Gordon J. Quist
                 GORDON J. QUIST
                UNITED STATES DISTRICT JUDGE