UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY JOHNSON,

        Plaintiff,

v.

CORIZON CORRECTIONAL
HEALTHCARE, et al.,

        Defendants.
                              /

Case No. 1:12-CV-1368

Hon. Gordon J. Quist

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Ellen Carmody's Report and Recommendation issued on July 15, 2013. The Report and Recommendation was duly served on Plaintiff by mail on July 16, 2013. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 15, 2013 (docket no. 54), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Keller-Jerome's Motion for Summary Judgment (docket no. 40) is **GRANTED**, and Plaintiff's claims against Defendant Keller-Jerome are **DISMISSED WITH PREJUDICE**.


Dated: August 14, 2013                                                             /s/ Gordon J. Quist
                                                                                           GORDON J. QUIST
                                                                       UNITED STATES DISTRICT JUDGE