UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LARRY JOHNSON,

        Plaintiff,                    Case No.  1:12-CV-1368

v.

                                             Hon. Gordon J. Quist

CORIZON CORRECTIONAL
HEALTHCARE, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 17, 2014.  The Report and Recommendation was served on Plaintiff via United States mail March 18, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge filed March 17, 2014, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

This case is **concluded**.

Dated:  April 11, 2014                      /s/ Gordon J. Quist
                                          GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE